UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

COQEICMIRTVU DAVIS,

    Plaintiff,

v.                                          Civil Action No.: 4:20-CV-03365

REGIONAL ACCEPTANCE
CORPORATION,

    Defendant.

## DEFENDANT REGIONAL ACCEPTANCE CORPORATION'S MOTION TO STAY

Defendant Regional Acceptance Corporation ("Regional Acceptance" or "Defendant"), by and through its undersigned counsel, respectfully requests that the Court stay this matter pending the United States Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511. The reasons in support of this motion are set forth in Regional Acceptance's Memorandum in Support, filed herewith.

Dated:  January 6, 2021                     Respectfully submitted,

                                                        **REGIONAL ACCEPTANCE CORPORATION**

                                                          By: /s/ *Virginia Bell Flynn*
                                                          Virginia Bell Flynn
                                                          Texas Bar No. 24101258
                                                          TROUTMAN PEPPER HAMILTON SANDERS LLP
                                                          301 S College Street, 34th Floor
                                                          Charlotte, NC 28202
                                                          Telephone: (704) 998-4050
                                                          Facsimile: (704) 998-4051
                                                          E-mail: virginia.flynn@troutman.com

                                                          *Counsel for Regional Acceptance Corporation*

112145055

**CERTIFICATE OF CONFERENCE PURSUANT TO LR7.1(D)**

I hereby certify that undersigned counsel for Defendant Regional Acceptance Corporation conferred with Plaintiff's counsel, Omar Sulaiman, regarding the relief sought in this Motion and the parties are not in agreement regarding the requested stay.

/s/ *Virginia Bell Flynn*

112145055